

Office of Town Attorney
# Town of Ramapo
237 Route 59
Suffern New York 10901
(845) 357-5100
Fax: (845) 357-2936

**MICHAEL L. KLEIN**
Town Attorney

October 16, 2007

Hon. Charles Brieant
United States District Court
300 Quarropas Street
White Plains, N.Y. 10601

DOCKET IN CASE #

AS:

Re: Rodney Van Dunk v. Brower, et. al.
    07 Civ. 07087

DATE:                              CLB/USDJ

Honorable Sir:

In light of our receipt today of an Amended Complaint, the parties have agreed to extend the dates of the pre-answer motion one week as follows:

Motion to Dismiss by October 26, 2007

Response by November 19, 2007

Reply by November 30, 2007 (no change has been made to the date to file the reply)

Thank you for your consideration in this matter.

Very truly yours,

Janice Gittelman
Deputy Town Attorney

JG/lp

cc: Cotz & Cotz
    Condon Resnick, LLP