Ellen O'Hara Woods (EW 5338)
CONDON RESNICK, LLP
96 South Broadway
Nyack, New York 10960
(845) 358-8900 Telephone
(845) 358-8901 Facsimile

*Attorneys for Defendants, Advanced Fighting Systems and Phil Dunlap*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RODNEY VAN DUNK,

                    Plaintiff,

  -against-

PETER BROWER, individually and as an officer of the
TOWN OF RAMAPO, a New York municipal corporation;
JOHN DOE #1, individually and as an officer of the Town
of Ramapo; JOHN DOE #2, individually and as an officer
of the Town of Ramapo; JOHN DOE #3, individually and
as an officer of the Town of Ramapo, f/n/u PASCOCELLO,
individually and as an officer of the Town of Ramapo;
ADVANCED FIGHTING SYSTEMS, a New Jersey
Corporation; and PHIL DUNLAP,

                    Defendants.
-------------------------------------------------------------------X

Civil Action No.
07 CV 7087 (CLB)

**AMENDED
NOTICE OF MOTION
TO DISMISS**

    TO:    George J. Cotz, Esq.
             180 Franklin Turnpike
             Mahwah, New Jersey 07430

**PLEASE TAKE NOTICE** that, on November 30, 2007, at 9:00 a.m., or soon thereafter as counsel may be heard, Defendants Advanced Fighting Systems ("AFS") and Phil Dunlap, ("Dunlap"), shall move before the Honorable Stephen C. Robinson, Judge of the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, for an Order granting Defendant AFS and Dulap's Motion to Dismiss;

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, Defendants Advanced Fighting Systems and Phil Dunlap shall rely upon the annexed Memorandum of Law.

Dated: Nyack, New York
October 26, 2007

CONDON RESNICK, LLP

By: _____/s_____
ELLEN O'HARA WOODS (EW 5338)
*Attorneys for Defendants Advanced Fighting Systems and Phil Dunlap*
96 South Broadway
Nyack, New York 10960
(845) 358-8900