**CONDON RESNICK, LLP**
ATTORNEYS AT LAW
96 SOUTH BROADWAY
NYACK, NEW YORK 10960

---

BRIAN K. CONDON*
DAVID J. RESNICK

ELLEN O'HARA WOODS*

845.358.8900
FAX 845.358.8901
SENDER EMAIL:
ELLEN@CONDONRESNICK.COM

DAWN CONGIUSTI †
ELIZABETH DOUGHERTY †

† PARALEGAL
*ADMITTED DISTRICT OF NEW JERSEY



November 29, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Van Dunk v. Brower, et al.
           07-CIV-07087

Honorable Sir:

    On behalf of Defendants Dunlap and AFS, I write to join in the application of Janice Gittelman, as set forth in her letter dated November 20, 2007, requesting that the motion schedule be placed on hold until the December 7, 2007 conference. Thank you for your courtesies.

                                  Very truly yours,

                                  CONDON RESNICK, LLP

                                  By: _____
                                        Ellen O'Hara Woods

cc:    George Cotz, Esq.
        Town of Ramapo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____