Exhibit D

STATE OF NEW YORK
COUNTY OF ROCKLAND
HILLBURN JUSTICE COURT

THE PEOPLE OF THE STATE OF NEW YORK

CERTIFICATE OF DISPOSITION

v.

Defendant(s)

Rodney Van Dunk          D.O.B. 12/12/68

I certify that the above named defendant having appeared before this Court charged with the offense(s) Menacing 2nd in violation of section 120.14 and Harassment 2nd in violation of section 240.26 of the Penal Law of New York State and a proper request for an official statement of disposition having been received, this is to certify that the charge(s) aforesaid were disposed by Village Justice Elizabeth on December 17, 2002, and were disposed of as indicated.

12/17/02

Menacing charge was reduced to B Misdemeanor (Attempt at) with a surcharge of $125.00 and a letter of apology
Harassment charge was covered by the plea to the Menacing charge

_____
Justice/Clerk

*NOTE  A copy of the request should be filed with this certificate in the court's records of the case*

*CAUTION  This information must not be divulged where a seal order under CPL §160 50 has been issued or where the defendant has been adjudicated a youthful offender.*

# New York State Incident Report

| # | Field | Value |
|---|---|---|
| 1 | Agency | TORPD |
| 2 | Division/Precinct | HB/07 |
| 3 | ORI | NY 04353 |
| 4 | Orig/Supp | Orig |
| 5 | Case No | 02-11927 |
| 6 | Incident No | |
| 7 | Report Day | SUN |
| 8 | Date | 03/31/02 |
| 9 | Report Time | 1957 |
| 10 | Occurred On/From Day | SUN |
| 11 | Date | 03/31/02 |
| 12 | Time | 1957 |
| 13 | Occurred To Day | |
| 14 | Date | |
| 15 | Time | |
| 16 | Incident Type | MENACING 2° |
| 17 | Business Name | |
| 18 | Weapon(s) | |
| 19 | Incident Address | 37 SIXTH ST. |
| 20 | City, State, Zip | Hillburn, NY 10931 (V) |
| 21 | Location Code | 4427 |

## Offenses

| 22. Off. No. | Law | Section | Sub | CL | CAT | DEG | ATT | Name of Offense | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 120.14 | 1 | A | M | 2 | C | MENACING 2° | 01 |
| 2 | PL | 240.26 | - | - | V | 2 | C | HARASSMENT 2° | 01 |
| 3 | | | | | | | | | |

23. No of Victims: 01
24. No. of Suspects: 01

## Associated Persons

| Type/No | Name | DOB | Address | Telephone |
|---|---|---|---|---|
| PR | MITCHELL, WAYNE A (PO) | - | 237 RT. 59 SUFFERN, NY 10931 | 357-2400 Residence |
| OT1 | VANDUNK, MORGAN | 26 | 37 SIXTH ST. HILLBURN, NY 10931 | 368-3271 Residence |
| OT2 | VANDUNK, MIDGE | 64 | " | " |

## Suspect/Arrested Person

| Field | Value |
|---|---|
| 34. Type/No | A1 |
| 35. Name | VANDUNK, RODNEY, TROY |
| 38. Address | 37 SIXTH ST. HILLBURN, NY 10931 |
| 39. Phone No | 368-3271 (Home) |
| 40. SSN | 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 |
| 41. DOB | 12/02/68 |
| 42. Age | 33 |
| 43. Sex | M |
| 44. Race | Black |
| 45. Ethnic | Non-Hispanic |
| 46. Skin | Medium |
| 47. Occupation | TABLE P |
| 48. Height | 6'03" |
| 49. Weight | 250 |
| 50. Hair | BLK |
| 51. Eyes | HAZ |
| 52. Glasses | No |
| 53. Build | Large |
| 56. Scars/Marks/Tattoos | UPPER RIGHT ARM, SYDNEY KRISTEN. SCAR ABOVE LIP |

## Property

| 58. Victim/Suspect No. | Property Status | Property Type | Quantity/Measure | Make/Drug Type | Model | Serial No. | Description | Value |
|---|---|---|---|---|---|---|---|---|
| A | T 06 | T 49 | 01 U | TABLE V | — | — | METAL PIPE | $30.00 |

## Narrative

73. SEE SUPPLEMENTAL 02-11927

## Administrative

74. Inquiries: Crim. History ✗
77. Reporting Officer Signature
78. ID No: 440
79. Supervisor's Signature
80. ID No: 323
81. Status: Closed - Arrest
82. Status Date: 03/31/02

| Town of Ramapo Police Department | New York State SUPPLEMENTAL REPORT | Incident 02-11927 | Arrest A-392-02 |
|---|---|---|---|
| Report Date 03/31/2002 | Report time 19:57 | Complainant VanDunk, Rodney, T | Incident type Menacing 2nd |

Narrative:

While parked at the intersection of Sixth St. and Mountain Ave. U/S heard loud music from a vehicle parked at 37 Sixth St. U/S approached the residence in the marked unit and advised a party to lower the volume. Met with Midge VanDunk who identified herself as Morgan VanDunk's mother. She stated she would ensure the volume remains lowered. U/S drove around the block and upon returning heard the music to be louder than before and three male individuals by the vehicle performing and rapping along with the music. U/S advised dispatch of my location and approached the residence on foot and again advised the subjects to lower the music. Morgan VanDunk approached U/S and U/S detected the odor of alcoholic beverage on his breath and observed a bottle wrapped in a brown paper bag in his hand. Morgan VanDunk refused to comply and yelled numerous racial slurs repeatedly to U/S stating, "Fuck you nigger, fuck you, fuck you, tom, get the fuck off my property, nigger" and other incoherent statements. During which time Rodney VanDunk rushed directly towards U/S repeatedly stating, "This is bullshit, this is bullshit," requiring family members to restrain him. Rodney VanDunk then poked U/S in the face with his finger, moved away returning with a large metal pipe, which he gesticulated, back and fourth towards U/S in a threatening manner then rushed into the roadway screaming incoherently. U/S returned to RMP 409 when U/S immediately received a dispatch reference to a large fight at same location. U/S advised dispatch of the large crowd and requested additional back up. Midge VanDunk approached U/S and stated that she is an American Indian who has lived in Hillburn for over sixty years, further stating U/S is a foreigner and an Uncle Tom who does not known anything about Hillburn or America. PO Whalen #419 and numerous officers on scene. Sgt. Lampert on scene and advised of fore stated incidents. While still at the scene numerous individuals made vulgar statements to U/S. After a protracted period of time the situation was defused. Rodney VanDunk was arrested and charged with Menacing 2nd and Harassment 2nd. He was issued appearance ticket number 810782 with a return date of April 02, 2002 at 1400 hrs. Hillburn Village Court then released.

Reporting Officer Signature  
Officer ID: 440  
Supervisor's Signature  
Supv ID: 323  

Page 1 of 1

| Town of Ramapo Police Department | New York State SUPPLEMENTAL REPORT | Incident 02-11927 | Arrest A-392-02 |
|---|---|---|---|
| Report Date 03/31/2002 | Report time 19:56 | Complainant P.O. Thomas Byrnes | Incident type Menacing |

Narrative:

I responded to 37th 6th Street reference to backing up sector 7 on a large disorderly crowd. Upon my arrival I exited my patrol vehicle and walked toward the crowd. While I was walking toward the crowd an unknown person threw a rock striking an unknown vehicle that was parked near the scene. While conducting crowd contol, I observed one male black, possible named Morgan VanDunk, screaming at P.O. Mitchell. Morgan was calling P.O. Mitchell a nigger, and telling him to step off. Morgan further stated numerous times " Thats why you mother fuckers get shot". Another party by the name of Greg Vandunk, said "Take that shit off your face, nigger". Directing his comments toward P.O. Mitchell. There were numerous other parties on the scene that were screaming. The situation was eventually difused and Sgt. Lampert advised to resume normal patrol. P.O. Curtis checked patrol vehicle and stated that he did not see any damage reference to the rock being thrown.

Reporting Officer/Signature    Officer ID: 407    Supervisor's Signature    Supv ID

Page 1 of 1

| Town of Ramapo Police Department | New York State SUPPLEMENTAL REPORT | Incident 02-11927 | Arrest A-392-02 |
|---|---|---|---|
| Report Date 03/31/2002 | Report time 19:54 | Complainant P.O. Mitchell | Incident type Menacing, Harassment |

**Narrative:**

Undersigned responded to 37th Sixth Street. Upon arrival I observed a large group (in excess of forty people) in the immediate area. I spoke to P.O. Mitchell who briefed me concerning what had occurred. Numerous persons at the scene were shouting at the officers. A decision was made to arrest Rodney Van Dunk. Rodney VanDunk was extremely agitated. Myself and P.O. Whalen attempted to calm Rodney. Due to the large group of people it was decided that Rodney would be brought to the police station by his brother, Jimmy VanDunk. Rodney was brought to the station, processed and released on an appearance ticket. Suffern and Tuxedo assisted with crowd control at the scene. The crowd was dispersed. Capt. Dolan advised.

Reporting Officer Signature | Officer ID 323 | Supervisor's Signature | Supv ID

Page ___ of ___

| Town of Ramapo Police Department | New York State SUPPLEMENTAL REPORT | Incident 02-11927 | Arrest A-392-02 |
|---|---|---|---|
| Report Date 03/31/2002 | Report time 19:56 | Complainant PO MITCHELL | Incident type Menacing |

Narrative:

AT ABOVE DATE AND TIME, RESPONDED TO 37 SIXTH ST. HILLBURN TO BACK THE SECTOR 7 ON A DISORDERLY CROWD. UPON ARRIVAL, NUMEROUS PERSONS WERE SCREAMING AND USING OBSCENE LANGUAGE. DEFENDANT RODNEY VANDUNK WAS MAKING THREATENING STATEMENTS TO NUMEROUS OFFICERS.

Reporting Officer Signature [signed]    Officer ID 433    Supervisor's Signature [signed]    Supv ID 323

Page ___ of ___

01-11921

**New York State SUPPLEMENTAL REPORT**

| | | | | |
|---|---|---|---|---|
| 1. Agency: T.O.R.P.D. | 2. Division/Precinct: 7/HB | | 3. Supplement To: 02-1475 | 4. Report No. |
| 5. Date: 03/31/02 | 6. Time of Report: 1956 | 7. Complainant Name: P.O. Mitchell | | 8. Menacing 3° |

**9. Narrative**

U/S responded to 37 Sixth St. on report of a dispute. Upon arrival U/S met with PO Mitchell and observed numerous parties on the front yard of 37 Sixth St. U/S observed Rodney Van Dunk M/B standing on the edge of the yard holding a large metal rod yelling and cursing in a very agitated condition. U/S directed him to put the metal rod down, he refused and continued to yell and curse and U/S and P.O. Mitchell. Mr. Van Dunk was persuaded by family members to place the metal rod down, but refused to surrender it to U/S. U/S secured the metal rod from the front yard and placed it in the street adjacent to the patrol cars. U/S stood by the scene until the situation was under control and calm.

Also present with Mr. Van Dunk were his brothers Jimi Van Dunk, Jamie Van Dunk, Greg Van Dunk and his parents. Additional person present was tentatively identified as Mr. Van Dunk's brother Morgan.

U/S assisted P.O. Mitchell in fingerprinting and photographing Mr. Van Dunk.

No further at this time.

14. ID No. 419
16. ID No. 323
18. Status Date: 03/31/02

# New York State SUPPLEMENTAL REPORT

| 1. Agency | 2. Division/Precinct | | Supplement To: | Incident No. | Arrest No. |
|---|---|---|---|---|---|
| TOWN OF RAMAPO P.D. | 7 / HB | | | 02-11927 | A-392-02 |

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 03/31/02 | 1957 | VAN DUNK, RODNEY | MENACING |

**9. Narrative**

WHILE ON ROUTINE PATROL I WAS DISPATCHED TO ASSIST P.O. MITCHELL AT 37 SIXTH ST. HILLBURN. ON MY ARRIVAL P.O. MITCHELL AND SEVERAL OFFICERS FROM THIS DEPARTMENT WERE BEING CONFRONTED BY TWO LARGE GROUPS OF PEOPLE. RODNEY VAN DUNK, WHO IS KNOWN TO ME WAS STANDING ON HIS FRONT LAWN WITH A LARGE METAL BAR IN HIS HAND. HE APPEARED TO BE PSYCHOLOGICALLY AND/OR EMOTIONALLY OUT OF CONTROL, POSTURING AGGRESIVELY, SCREAMING "GET OFF MY PROPERTY", ETC., AND INITIALLY REFUSING ALL ATTEMPTS TO GET HIM TO PUT THE METAL BAR DOWN, CALM DOWN OR TALK. HE WAS SURROUNDED BY APPROXIMATELY TWELVE TO FIFTEEN ASSOCIATES, MANY OF WHOM WERE VOCALLY AND PHYSICALLY ANTAGONISTIC. ONE OF THESE SUBJECTS, LATER IDENTIFIED TO ME AS MORGAN VAN DUNK REPEATEDLY CALLED P.O. MITCHELL A "NIGGER, UNCLE TOM", ETC. DURING THIS TIME. ANOTHER LARGE GROUP OF APPROXIMATELY TWENTY TO THIRTY PEOPLE WERE ALSO NEARBY IN THE STREET.

ASSISTING OFFICERS AND SGT. LAMPERT SUBSEQUENTLY ARRIVED ON SCENE AND AFTER A PROTRACTED PERIOD OF TIME AND REPEATED ACTS SIMILAR TO ABOVE THE SITUATION WAS FINALLY RESOLVED.

I TOOK THE METAL BAR TO THIS STATION WHERE IT WAS ENTERED IN EVIDENCE. PRIOR TO MY LEAVING THE SCENE BOTH RODNEY VAN DUNK AND HIS FATHER ROBERT VAN DUNK MADE DIRECTED COMMENTS IN MY PRESENCE THAT "THIS IS NOT OVER" AND "THERE'S MORE TO COME". NO FURTHER.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No | 12. | | | 1 Page of 1 Pages |
|---|---|---|---|---|---|
| ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | | | | | |
| 13. Reporting Officer Signature (Include Rank) P.O. | 14. ID No 166 | 15. Supervisor's Signature (Include Rank) | 16. ID No 323 | | |
| 17. Case Status ☐ Open ☒ Closed (If Closed check box below) ☐ Unfounded ☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised ☐ CBI ☐ Arrest-Juv. ☐ Offender Dead ☐ Extrad. Declin. ☐ Juv. - No Custody ☒ Unknown | | 18. Status Date Mo. 03 Day 31 Yr. 02 | 19. Notified/TOT | | A use cover sheet |

DCJS-3205 (1/92)

## TOWN OF RAMAPO POLICE DEPARTMENT
237 Route 59
Suffern, NY 10901

## PROPERTY RECEIPT

CASE NUMBER 02-11927

DATE 03/31/02

TIME 2200

PROPERTY LISTED: NO PROPERTY

THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT:

PROPERTY RECEIVED FROM:

RODNEY VAN DUNK X [signature]

NAME/SIGNATURE

DATE 03/31/02

[signature] P.O.

OFFICER'S NAME/SIGNATURE

SHIELD # 166     DATE 03/31/02

=================================================================

**PROPERTY RETURNED TO

I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE

SIGNATURE     DATE     TIME

OFFICER'S SIGNATURE     SHIELD #     DATE

*\*Provide Copies Of This Receipt To Property Owner*
TORPD Form 37 (Rev. 12/97)

Justice Court: Village of Hillburn
County of Rockland

People of the State of New York
- against -
Rodney T. VanDunk
of 37 6th St. Hillburn, NY 10931
Defendant

Case #: 02-11927

DOB: 12/12/1968

TYPE: MISDEMEANOR

PO Wayne A. Mitchell, Shield # 440, of the Town of Ramapo Police Department in the County of Rockland and State of New York, being duly sworn, deposes and says as follows:

On March 31, 2002 at about 19:50 hours, at 37 SIXTH ST. HILLBURN, NY 10931 in the Village of Hillburn, County of Rockland, State of New York, the defendant committed the offense(s) of:

PL120.14(1)   Menacing 2nd Degree
PL240.26(1)   Harassment 2nd Degree

In that the defendant intentionally placed and attempted to place another person in reasonable fear of physical injury by displaying a deadly weapon, dangerous instrument or what appeared to be a firearm

And the defendant, with intent to harass, annoy and alarm another, subjected that person to physical contact and attempted and threatened to do the same

The offense was committed under the following circumstances:
While deponent was advising a party to lower the volume of a car radio defendant became highly agitated cursing stating, "this is bullshit." Defendant then poked this officer in the face with his finger then gesticulated, moving back and fourth a large metal pipe in both his hands in a threatening manner.

False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

_____   03/31/02  2200
         Deponent                    Date and Time

Affirmed before me this date: 3/31/02   (Signed) _____

| 1. Agency | 2. Division/Precinct | NEW YORK STATE SUPPLEMENTAL REPORT | Supplement | 3. Incident No | 4. Arrest No |
|---|---|---|---|---|---|
| Town of Ramapo Police | 02-TR | | | To: 02-11927 | |

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. PROP/EVIDENCE DISPOSAL |
|---|---|---|---|
| 3/16/07 | 1330 | PO FLYNN | |

THIS DATE PROPERTY / EVIDENCE IN THE CASE HAVING NO FINANCIAL / EVIDENCIARY VALUE DISPOSED OF IN TRASH.

| 10. Inquiries (Check all that apply)<br>☐ DMV   ☐ Want/Warrant   ☐ Scofflaw<br>☐ Crim. History   ☐ Stolen Property   ☒ Other | 11. NYSPIN Message No. | 12. | 82 |
|---|---|---|---|
| 12. Reporting Officer Signature (Include Rank)<br>PO FLYNN | 14. ID No<br>193 | 15. Supervisor's Signature (Include Rank) | 16. ID No |
| 17. Case Status  ☐ Open  ☒ Closed (if closed, check box below)  ☐ Unfounded<br>☐ Vict. Refused to Coop  ☐ Arrest  ☐ Pros. Declined  ☐ Warrant Advised<br>☐ CBI  ☐ Juv.-No Custody  ☐ Offender Dead  ☐ Extrad. Declin  ☐ Unknown | | 19. Status Date<br>3/16/07 | 19. Notified/TOT |

DCJS-3208 (1/92)